**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| PAMELA PICKENS, | ) | CASE NO: 1:07CV2585 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| GIANT EAGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

With the concurrence of the transferring judge, CHRISTOPHER A. BOYKO, and the receiving judge, PATRICIA A. GAUGHAN, this case is transferred from the docket of CHRISTOPHER A. BOYKO to the docket of PATRICIA A. GAUGHAN.

 s/Patricia A. Gaughan                         s/Christopher A. Boyko       
PATRICIA A. GAUGHAN                    CHRISTOPHER A. BOYKO
United States District Judge                 United States District Judge
Receiving Judge                                   Transferring Judge


       IT IS SO ORDERED.             s/James G. Carr           
                                                        Chief Judge James G. Carr
                                                        United States District Judge

DATE: September 5, 2007